UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFT THOMPSON, ) | 1:09-CV-00727 AWI SMS HC |
| ) | |
| Petitioner, ) | ORDER DENYING MOTIONS FOR DEFAULT |
| ) | |
| v. ) | (Documents #18, 19) |
| ) | |
| JAMES YATES, ) | |
| ) | |
| Respondent. ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On October 19, 2009, Petitioner filed requests for entry of default on the grounds that Respondent failed to file a responsive pleading. Petitioner's requests are not well-taken. The deadline for filing a responsive pleading was October 13, 2009. On October 6, 2009, Respondent requested and was granted an extension of time until November 16, 2009, to file his responsive pleading. Accordingly, Petitioner's requests for entry of default are DENIED.

IT IS SO ORDERED.

**Dated:   October 28, 2009**          /s/ Anthony W. Ishii
                                    CHIEF UNITED STATES DISTRICT JUDGE